# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: United States v. Merideth Norris
District Court Case No.: 2:22-cr-00132-NT
District of: Maine
Date Notice of Appeal filed: 5.29.25
Court of Appeals Case No.: 25-1527
Form filed on behalf of: Merideth Norris, Appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter: Michelle Feliccitti
Phone Number of Reporter: (207) 272-4323114

A. ✔ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☒ Opening Statement (plaintiff) | 6/10/24 (Feliccitti) |
| ☒ Opening Statement (defendant) | 6/10/24 (Feliccitti) |
| ☒ Trial | 6/10/24-6/14/24; 6/17/24; 6/18/24; 6/20/24; 6/21/24 (Feliccitti) |
| ☒ Closing Argument (plaintiff) | 6/20/24 (Feliccitti) |
| ☒ Closing Argument (defendant) | 6/20/24 (Feliccitti) |
| ☐ Findings of Fact/Conclusions of Law | |
| ☒ Jury Instructions | 6/18/24 (Feliccitti) |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | See attached addendum |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✔ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Timothy Zerillo
Firm/Address: 1250 Forest Ave, Ste 3A, Portland, ME 04103
Telephone number: 207-228-1139
Filer's Signature: /s/
Filer's Email address: tim@zerillolaw.com
Date mailed to court reporter: 6/11/25

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)

SEE INSTRUCTIONS ON REVERSE

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:22-cr-00132-NT |
| | ) |
| MERIDETH C. NORRIS, D.O. | ) |

**ADDENDUM TO TRANSCRIPT ORDER FORM**

<u>Pretrial Proceedings</u>

2/7/24, [Doc 72] MOTION to Compel & MOTION to Exclude and [Doc 73] MOTION to Suppress for Violation of Fourth Amendment & MOTION for a Franks Hearing, reporter Michelle Feliccitti.

2/12/24, [Doc 72] MOTION to Compel & MOTION to Exclude and [Doc 73] MOTION to Suppress for Violation of Fourth Amendment & MOTION for a Franks Hearing, reporter Michelle Feliccitti.

4/9/24, [Doc 122] MOTION for Discovery FOR DISCLOSURE IN CAMERA OF GRAND JURY TESTIMONY AND MATERIALS, reporter Michelle Feliccitti.

6/6/24   Hearing on Government's Motion for an Order Authorizing the Use and Disclosure of Patient Confidential Communications and Substance-Abuse-Treatment Records, hearing on Motions In Limine, reporter Michelle Feliccitti.