## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA    )
    )
v.    )    **CRIMINAL NO. 2:22-cr-00132-NT**
    )
MERIDETH C. NORRIS, D.O.    )

## MOTION TO APPOINT COUNSEL

NOW COMES Appellant/Defendant, Merideth Norris, and moves for appointment of counsel for the following reasons:

1.    The District Court case in this matter has concluded. There is now an appeal pending in the First Circuit Court of Appeals. The Defendant has filed a Financial Affidavit which has been received by the District Court. The Defendant seeks the appointment of Counsel for her appeal and to proceed *in forma pauperis*.

WHEREFORE, Counsel requests the Court grant Defendant/Appellant's Motion To Appoint Counsel.

Dated this 9th day of June 2025 at Portland, Maine.

Respectfully submitted,

/s/ Timothy E. Zerillo
Timothy E. Zerillo, Esq. (Bar No: 009108)
ZERILLO LAW FIRM, LLC
1250 Forest Avenue, Ste 3A
Portland, ME 04103
207-228-1139
*tim@zerillolaw.com*

Counsel for Defendant Dr. Merideth C. Norris, D.O.